1
2
3
4
5
6
7

8

UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| LEONARD HARRIS, IMOGENE ANDERSON, | Case No. 1:25-cv-00652-JLT-HBK |
| Plaintiffs, | ORDER GRANTING STIPULATION RE: RESPONSE TO FIRST AMENDED COMPLAINT AND LEAVE TO FILE A SECOND AMENDED COMPLAINT |
| vs. | |
| JPMORGAN CHASE BANK, N.A.; and DOES 1 through 30, inclusive, | (Doc. No. 10) |
| Defendants. | |

11
12
13
14
15
16
17

18      On August 12, 2025, Plaintiffs Leonard Harris and Imogene Anderson ("Plaintiffs") and

19   defendant JPMorgan Chase Bank, N.A. ("Chase"), filed a Stipulation Re: Response to First Amended

20   Complaint and Leave to File a Second Amended Complaint (Doc. No. 10, "Stipulation").  By the

21   Stipulation, the parties represented that they held a prefiling conference on Chase's anticipated

22   motions to dismiss and strike the First Amended Complaint (Doc. No. 9) and that, as a result, Plaintiffs

23   intend to file a Second Amended Complaint within 30 days.

24      The Court, having considered the Stipulation and finding good cause therefor, hereby

25   **GRANTS** the parties' Stipulation.

26      Accordingly, it is hereby ORDERED:

27         1.  Chase is relieved of its obligation to file a response to the First Amended Complaint

28            (Doc. No. 10); and

1       2. Plaintiffs shall file their Second Amended Complaint no later than September 11,

2       2025.

3     **IT IS SO ORDERED.**

4

5  Dated:    August 13, 2025

6                          HELENA M. BARCH-KUCHTA
                              UNITED STATES MAGISTRATE JUDGE