UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD HARRIS, IMOGENE ANDERSON,<br><br>Plaintiffs,<br><br>vs.<br><br>JPMORGAN CHASE BANK, N.A.; and DOES 1 through 30, inclusive,<br><br>Defendants. | Case No. 1:25-cv-00652-JLT-HBK<br><br>ORDER GRANTING STIPULATED MOTION TO CONTINUE INITIAL SCHEDULING CONFERENCE AND TIME TO FILE JOINT 26(f) REPORT<br><br>(Doc No. 12) |

On August 21, 2025, Plaintiffs Leonard Harris and Imogene Anderson ("Plaintiffs") and defendant JPMorgan Chase Bank, N.A. ("Chase"), filed a Stipulation to Continue Initial Scheduling Conference and Time to File Joint 26(f) Report (Doc. No. 12, "Stipulation"). By the Stipulation, the parties represented that they held their Joint Rule 26(f) conference and requested that the Scheduling Conference scheduled for September 4, 2025, be continued considering that (i) the pleadings are not yet at issue (*see* Doc. No 11), (ii) Chase may bring a counterclaim and third-party complaint for interpleader relief, and (iii) the parties are actively discussing potential resolution.

The Court, having considered the Stipulation and finding good cause therefor, hereby **GRANTS** the parties' Stipulation.

////

////

Accordingly, it is hereby **ORDERED**:

1. The Scheduling Conference set for September 4, 2025, is continued to November 6, 2025, at 1:00 p.m.; and
2. All requirements and deadlines reflected in the Order Setting Mandatory Scheduling Conference (Doc. No. 2), including the Rule 26(f) Conference and the filing of a Joint Scheduling Report, shall be based on the Scheduling Conference date of November 6, 2025.

**IT IS SO ORDERED.**

Dated:   August 21, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE